IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:20cr61 |
| WILLIAM T. HALL, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 7/7/2020 |
| Jury Trial Date | Monday, 8/31/2020 |
| Final Pretrial Conference (by telephone) | Monday, 8/24/2020 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | Friday, 8/7/2020 |
|     Other Motions | Friday, 8/7/2020 |
| Discovery Cut-off | Monday, 8/17/2020 |
| Speedy Trial Deadline | Tuesday, 9/1/2020 |
| Discovery out – Plaintiff to Defendant | Friday, 7/17/2020 |

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE